**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 748 MAL 2015
:
            Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
:
SEAN SKIBBER, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.